DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**BRENT CARRAWAY,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D19-2012

[May 7, 2020]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Timothy L. Bailey, Judge; L.T. Case No. 17-7974CF10A.

Michael A. Pizzi, Jr. of Michael A. Pizzi, Jr., P.A., Miami Lakes, for appellant.

Ashley Moody, Attorney General, Tallahassee, and Rachael Kaiman, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, GERBER and FORST, JJ., concur.

*                 *                 *

***Not final until disposition of timely filed motion for rehearing.***